ANDREW OWENS ET AL. *v.* JOHN BARTLEY.

Non-Resident—Summons—Constructive Service—Bond—Judgment.
    It is erroneous to render judgment against a non-resident, defendant,
    constructively summoned, until the plaintiff has executed the bond re-
    quired by section 441, Civil Code.

Same—Appeal—Appearance.
    An absent defendant enters his appearance to the suit by an appeal
    from a judgment rendered against him.

APPEAL FROM PIKE CIRCUIT COURT.

April 17, 1871.

OPINION OF THE COURT BY JUDGE PETERS:

Under *sub-section 2, section 441 of Civil Code,* it was erroneous
to render judgment for appellee against the absent defendant,
Owens, until he had executed a bond with sufficient surety condi-
tioned that he would restore to appellant the property taken by
the judgment in the action, provided he appeared within the time
prescribed by law, and a restoration of the same should be
adjudged. This requisition of the Code seems not to have been
complied with, and for that reason the judgment was erroneous.
The petition we regard as sufficient. The averments are not as

direct, and positive as they might be, but if they be true the debt was due and unpaid. But as the absent defendant prosecuting this appeal, has entered his appearance, that will dispense with the bond.

But for the error indicated the judgment must be reversed and the cause remanded for further proceedings consistent herewith.

*Radliffe, for appellant.*